UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PAUL WILBURN, et al, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>AMERICAN FAMILY INSURANCE COMPANY,)<br>LYNDA R. WARE, Agent, )<br>MATRIX FINANCIAL SERVICES )<br> CORPORATION, )<br>)<br>Defendants. ) | 1:04-cv-1859-SEB-VSS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 03/03/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul Wilburn
Debra Wilburn
4214 Village Trace Blvd.
Indianapolis, IN 46204

Andrew M. David
DOYLE & FRIEDMEYER  P.C.
adavid@doylelegal.com

Linda Ann Hammel
YARLING & ROBINSON
lhammel@yarling.com